## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-68329-LRC |
| | ) | |
| MICHAEL LEE MORGAN and | ) | CHAPTER 7 |
| ANGELA ELLEN MORGAN, | ) | |
| | ) | |
| Debtors. | ) | |
| EDWIN K. PALMER AS TRUSTEE FOR | ) | |
| THE ESTATE OF MICHAEL LEE | ) | |
| MORGAN AND ANGELA ELLEN | ) | ADVERSARY PROCEEDING NO. |
| MORGAN | ) | |
| | ) | |
| Plaintiff, | ) | 17-05239 |
| | ) | |
| v. | ) | |
| | ) | |
| DEUTSCHE BANK NATIONAL TRUST | ) | |
| COMPANY, AS TRUSTEE TO THE | ) | |
| INDYMAC INDX MORTGAGE LOAN | ) | |
| TRUST 2004-AR10, MORTGAGE PASS- | ) | |
| THROUGH CERTIFICATES, SERIES 2004- | ) | |
| AR10 UNDER THE POOLING AND | ) | |
| SERVICING AGREEMENT DATED | ) | |
| SEPTEMBER 1, 2004, | ) | |
| | ) | |
| Defendant. | ) | |

### SECOND MOTION FOR ORDER COMPELLING DISCOVERY
### AND FOR SANCTIONS

COMES NOW Plaintiff, Edwin K. Palmer, who files this Second Motion for Order Compelling Discovery and for Sanctions and respectfully shows the following:

1.

On February 22, 2018, Plaintiff served his Motion for Order Compelling Discovery to Defendant (Doc. No. 14). On April 3, 2018, this Court entered its Order granting Plaintiff's

Motion (Doc. No. 17).  The Court stated, *inter alia*, the following:

> IT IS ORDERED that Defendant shall fully respond to Plaintiff's First Request for Production of Documents on or before April 27, 2018;
>
> IT IS FURTHER ORDERED on or before April 18, 2018, counsel for Defendant shall contact Plaintiff to re-schedule Defendant's Rule 30(b)(6) deposition;
>
> IT IS FURTHER ORDERED that pursuant to Rule 7037 of the Federal Rules of Bankruptcy Procedure, Defendant shall be required to pay Plaintiff his reasonable expenses incurred in making this Motion;

The Court also extended the discovery deadlines in this matter.

2.

Notwithstanding counsel for Plaintiff's numerous overtures to counsel for Defendant with regard to discovery in this case and the Order entered by this Court, as of the date of the filing of this Second Motion, no 30(b)(6) deposition has been scheduled, the documents to be produced no later than April 27, 2018 have *not* been produced, and, after Plaintiff filed his statement of expenses with regard to his prior motion (Doc. No. 19), no payment has been forthcoming to Plaintiff's counsel with regard to the expenses incurred on the prior Motion to Compel.  In fact, because of Defendant's various failures, Plaintiff must now file a second Motion to Compel Discovery as well as a second Motion to Extend Discovery simply to prepare this case for trial.

3.

Counsel for Plaintiff has had numerous communications with counsel for Defendant in a good faith effort to obtain the requested discovery without court order, including, without limitation, e-mail communications on April 3, 11, 18, 24, and 27, and May 1, 3, 8, 15, 16, 18, and 22.  Counsel's certification is filed herewith.

4.

Despite the Plaintiff's best efforts, he has been unable to reach a resolution with Defendant, and it is now necessary to obtain a court order to compel Defendant to respond to the discovery requests and sanction Defendant for Defendant's contemptuous conduct as to the last order issued by this Court.

5.

In an effort to keep down administrative expenses, counsel for Plaintiff has not filed a Supporting Brief.  If these issues are not "fixed" promptly by Defendant, Counsel will file whatever becomes necessary to support the proper sanctions by this Court.

WHEREFORE, Plaintiff prays as follows:

a) The Court set this matter down for hearing at its earliest available opportunity;

b) The Court sanction Defendant, including the striking of Defendant's Answer, and award Plaintiff his reasonable expenses in connection with this Motion, including Plaintiff's attorneys' fees, in support of this Motion and to sanction Defendant as a result of Defendant's willful contempt of this Court's April 3, Order; and

c) The Court grant such other and further relief as it deems just and proper.

Respectfully submitted this 24th day of May, 2018.

| | |
|---|---|
| Ragsdale, Beals, Seigler, Patterson & Gray, LLP<br>2400 International Tower<br>229 Peachtree St. NE<br>Atlanta, GA 30303-1629<br> 404-588-0500<br>wrpjr@rbspg.com | /s/ W. Russell Patterson, Jr.<br>W. Russell Patterson, Jr.<br>Georgia Bar No. 566920<br>Attorney for Plaintiff |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-68329-LRC |
| | ) | |
| MICHAEL LEE MORGAN and | ) | CHAPTER 7 |
| ANGELA ELLEN MORGAN, | ) | |
| | ) | |
| Debtors. | ) | |
| EDWIN K. PALMER AS TRUSTEE FOR | ) | |
| THE ESTATE OF MICHAEL LEE | ) | |
| MORGAN AND ANGELA ELLEN | ) | ADVERSARY PROCEEDING NO. |
| MORGAN | ) | |
| | ) | |
| Plaintiff, | ) | 17-05239 |
| | ) | |
| v. | ) | |
| | ) | |
| DEUTSCHE BANK NATIONAL TRUST | ) | |
| COMPANY, AS TRUSTEE TO THE | ) | |
| INDYMAC INDX MORTGAGE LOAN | ) | |
| TRUST 2004-AR10, MORTGAGE PASS- | ) | |
| THROUGH CERTIFICATES, SERIES 2004- | ) | |
| AR10 UNDER THE POOLING AND | ) | |
| SERVICING AGREEMENT DATED | ) | |
| SEPTEMBER 1, 2004, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **Second Motion for Order Compelling Discovery and for Sanctions** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record

    Monica K. Gilroy            monica.gilroy@gilroyfirm.com

The Motion was also served on opposing counsel by depositing a copy of same in the United States mail with sufficient postage affixed thereto to assure delivery to:

Monica K. Gilroy
The Gilroy Firm
3780 Mansell Road, Suite 140
Alpharetta, GA 30032

This 24th day of May, 2018.

| | |
|---|---|
| Ragsdale, Beals, Seigler, Patterson & Gray, LLP | */s/ W. Russell Patterson, Jr.* |
| 2400 International Tower | W. Russell Patterson, Jr. |
| 229 Peachtree St. NE | Georgia Bar No. 566920 |
| Atlanta, GA 30303-1629 | Attorney for Plaintiff |
| 404-588-0500 | |
| wrpjr@rbspg.com | |