**IT IS ORDERED as set forth below:**



**Date: May 31, 2018**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **CASE NUMBERS** |
| MICHAEL LEE MORGAN ANGELA ELLEN MORGAN, | : | 16-68329-LRC |
| _____ | : | |
| EDWIN K. PALMER, | : | ADVERSARY PROCEEDING NO. 17-05239-LRC |
| Plaintiff, | : | |
| v. | : | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE TO THE INDYMAC INDX MORTGAGE LOAN TRUST 2004-AR10, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-AR10 UNDER THE POOLING AND SERVICING AGREEMENT 9/1/04, | : | |
| Defendant. | : | |

| | |  |
|---|---|---|
| DEUTSCHE BANK NATIONAL | : | |
| TRUST COMPANY AS TRUSTEE | : | |
| TO THE INDYMAC INDX MORTGAGE | : | |
| LOAN TRUST 2004-AR10, MORTGAGE | : | |
| PASS-THROUGH CERTIFICATES, | : | |
| SERIES 2004-AR10 | : | |
| UNDER THE POOLING AND | : | |
| SERVICING AGREEMENT 9/1/04, | : | |
| | : | |
| Counter-Claimant, | : | |
| | : | |
| v. | : | |
| | : | |
| EDWIN K. PALMER, | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Counter-Defendant. | : | BANKRUPTCY CODE |

## **ORDER**

In accordance with the Court's order, entered April 3, 2018, in which the Court previously determined that, pursuant to Rule 7037 of the Federal Rules of Bankruptcy Procedure, Defendant shall be required to pay Plaintiff his reasonable expenses incurred in making a motion to compel discovery;

IT IS ORDERED that the Court hereby awards counsel for Plaintiff, Ragsdale, Beals, Seigler, Patterson & Gray, LLP ("RBSPG") fees in the amount of $985;

IT IS FURTHER ORDERED that Defendant, Deutsche Bank National Trust Company, as Trustee to the Indymac Indx Mortgage Loan Trust 2004-AR10, Mortgage

2

Pass-Through Certificates, Series 2004-AR10 Under the Pooling and Servicing Agreement 9/1/04, shall pay the $985 in fees to RBSPG within fourteen (14) days of the date of the entry of this Order.

## END OF DOCUMENT

## Distribution List

**William Russell Patterson**
Ragsdale Beals Seigler Patterson & Gray
2400 International Tower
229 Peachtree Street NE
Atlanta, GA 30303-1629

**Monica K. Gilroy**
Gilroy Bailey Trumble, LLC
Suite 140
3780 Mansell Road
Alpharetta, GA 30022

**Kelsey Laun**
Gilroy Bailey Trumble, LLC
3780 Mansell Rd. Suite 140
Alpharetta, GA 30022

Deutsche Bank National Trust Company
1761 East Saint Andrews Place
Santa Ana, CA 92705

Deutsche Bank
60 Wall Street
New York, NY 10005-2858